UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JULIO CESAR MARTINEZ SERNA,

    Plaintiff,

v.                                          Case No: 2:21-cv-237-SPC-MRM

BAILEY FARMS SOUTH, LLC,

    Defendant.
_____/

**ORDER**[1]

    Before the Court is a *sua sponte* review of the file. On March 19, 2021, the Court dismissed Plaintiff's Complaint (Doc. 1) as a shotgun pleading. (Doc. 9). In dismissing without prejudice, the Court gave Plaintiff until April 2, 2021, to file an amended complaint. The Court warned Plaintiff that failure to file a timely amended pleading would result in the case getting closed. (Doc. 9 at 4). Plaintiff did not amend. So the Court's Order becomes a final judgment, and the case is closed. *Auto. Alignment & Body Servs., Inc. v. State Farm*, 953 F.3d 707, 719-20 (11th Cir. 2020).

    Accordingly, it is now

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

**ORDERED:**

(1) This action is **DISMISSED without prejudice**.

(2) The Clerk is **DIRECTED** to enter judgment, terminate any deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on April 5, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record